UNITED STATES COURT OF INTERNATIONAL TRADE

```
_____x
Fit For Life LLC.,                       :
                                         :
                    Plaintiff,           :
                                         :
            v.                           :   Court No. 20-00004
                                         :
UNITED STATES,                           :
                                         :   Customs Case Management Calendar
                    Defendant.           :
_____x
```

# ORDER

On consideration of plaintiff's consent motion to remain on the Customs Case Management Calendar ("Motion") and all other papers and proceedings herein, and for good cause shown, it is –

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the action is to remain on the Customs Case Management Calendar from January through July 2022.

_____
Judge

Dated: January __, 2022
    New York, New York

> Pursuant to Rule 82(b)(1), the above motion is Granted.
>
> Date: 1/18/2022
>
> Clerk of the Court
> By: /s/ Troy Benbow
> Deputy Clerk