## UNITED STATES COURT OF INTERNATIONAL TRADE

```
_____
                                       )
FIT FOR LIFE, LLC.,                    )
                                       )
                                       )
                 Plaintiff,            )   Court No. 20-00004
       v.                              )
                                       )
UNITED STATES,                         )
                                       )
                 Defendant.            )
_____)
```

## **COMPLAINT**

Plaintiff, Fit for Life, LLC. ("Fit for Life"), through its undersigned attorneys, alleges the following as its complaint in this case:

1. The United States Court of International Trade has jurisdiction over this action pursuant to 28 U.S.C. § 1581(a).

2. Plaintiff is the importer of record of the subject merchandise.

3. The protest[s] and summons in this action were timely filed.

4. All liquidated duties, charges and exactions were paid prior to the commencement of this action.

5. The subject merchandise consists of consist of the balance ball chairs ("BBC").

6. The BBC chair frame is made predominately of a strong and solid plastic and features a sturdy support panel on the back of the chair.

7. Easy-glide caster wheels swivel and lock have been added to the BBC to allow for mobility and stability.

8. The chair frame of the BBC is designed to hold a removable 52-cm anti-burst balance ball of PVC plastic on which the user sits.

9. The subject merchandise was classified upon liquidation as "other articles and equipment for general physical exercises, gymnastics or athletics" under subheading 9506.91.0030 of the Harmonized Tariff Schedule of the United States ("HTSUS"), which carries a duty rate of 4.6% *ad valorem*.

10. The BBC is a contemporary and stylish chair designed to mesh with modern office environments.

11. The BBC is designed for users that are 5' to 5'11" in height and it fits most standard-height desks.

12. The balance ball can support a weight of up to 300-pounds.

13. The BBC is designed to relieve back pain and stiffness, boost energy levels, and increase productivity.

14. The BBC are properly classifiable under Chapter 94 HTSUS as furniture. Specifically, under subheading 9401.80.4046, HTSUS, as a seat of rubber or plastic, a duty-free provision.

**WHEREFORE**, plaintiff respectfully requests that Customs' classification upon liquidation of the subject merchandise be overruled, that the claimed classification for the subject merchandise under subheading 9401.80.4046, HTSUS, be sustained; and that the appropriate Customs official be directed to reliquidate the involved entry accordingly, and to refund the excess duties collected, with lawful interest, and that the Court grant such further relief, including attorney's fees and costs, as it deems proper.

                Respectfully submitted,

                GRUNFELD, DESIDERIO, LEBOWITZ
                SILVERMAN & KLESTADT, LLP
                Attorneys for Plaintiff

By:  <u>s/ William F. Marshall</u>
      Robert B. Silverman
      William F. Marshall
      599 Lexington Avenue
      36th Floor
      New York, New York 10022
      Tel. (212) 557-4000
      rsilverman@gdlsk.com
      rseely@gdlsk.com

Dated:  New York, New York
           January 30, 2024

12577582_1 01/30/2024 4:27 PM DRAFT