UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE MARK A. BARNETT, CHIEF JUDGE

_____

FIT FOR LIFE LLC,                          :
                                           :
                    Plaintiffs,            :
                                           :
          v.                               :          Court No. 20-00004
                                           :
UNITED STATES,                             :
                                           :
                    Defendant,             :
                                           :
_____    :

## **JOINT STATUS REPORT**

In accordance with the Court's order of January 14, 2025 (ECF No. 27), requiring the

parties to provide a joint status report on whether expert discovery is expected, by August 21,

2025, the parties hereby jointly advise the Court that expert discovery is expected.  Plaintiff

anticipates producing expert testimony and will provide the expert report to the Government on

or before September 30, 2025, as provided for in the scheduling order dated January 14, 2025.

ECF no. 27.

At the conclusion of expert discovery, Plaintiff and Defendant will file cross motions for summary judgment as provided for in the scheduling order.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ,
SILVERMAN & KLESTADT LLP
*Attorneys for Plaintiff*
599 Lexington Avenue, Floor 36
New York, NY 10022
(212) 557-4000
jspraragen@gdlsk.com

By:    /s/ Joseph M. Spraragen
       Joseph M. Spraragen

       BRETT A. SHUMATE
       Assistant Attorney General
       Civil Division

       PATRICIA M. McCARTHY
       Director

By:    /s/ Justin R. Miller
       JUSTIN R. MILLER
       Attorney-In-Charge
       International Trade Field Office

       /s/ Guy R. Eddon
       GUY R. EDDON
       Trial Attorney
       U.S. Department Of Justice
       Commercial Litigation Civil Division
       26 Federal Plaza, Suite 346
       New York, NY 10278
       Phone: (212) 264-9232
       Email: guy.r.eddon@usdoj.gov

       *Attorneys for Defendant*

Dated: August 20, 2025
       New York, New York

2

13458938_1